IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff/<br>　　　　　Respondent,<br><br>　　vs.<br><br>TERESA GARCIA MARTINEZ,<br><br>　　　　　Defendant/<br>　　　　　Petitioner. | No. CV-F-05-424 OWW<br>(No. CR-F-03-5459 OWW)<br><br>ORDER GRANTING PETITIONER TERESA GARCIA MARTINEZ'S EX PARTE APPLICATION FOR ORDER DISMISSING MOTION PURSUANT TO 28 U.S.C. § 2255, DISMISSING PETITIONER'S SECTION 2255 MOTION, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR RESPONDENT |

　　　On March 31, 2005, Petitioner Teresa Garcia Martinez filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

　　　On October 7, 2008, Petitioner filed an *ex parte* application for an order dismissing the Section 2255 motion for the reasons stated in the application and Petitioner's supporting declaration.

　　　For good cause shown:

1.  Petitioner's *ex parte* application to dismiss the Section 2255 motion is GRANTED;

2.  Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is DISMISSED;

3.  The Clerk of the Court is directed to enter JUDGMENT FOR RESPONDENT.

IT IS SO ORDERED.

**Dated:   October 20, 2008**            /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE